UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KYLE HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:14-CV-1020 CAS |
| | ) |
| CITY OF ST. CHARLES, MISSOURI, | ) |
| JOHN DOE, and JANE DOE, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

On October 27, 2014, the Court entered an order directing that plaintiff notify the Court of his current address within thirty days. The order specifically provided that "Failure to comply with this order will result in the dismissal of this action without prejudice for failure to comply with this order and for failure to prosecute this action." The record reflects that plaintiff has not notified the Court of his current address. As a result, the Court will dismiss plaintiff's Complaint without prejudice. See Federal Rule of Civil Procedure 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Complaint is **DISMISSED** without prejudice for failure to comply with the Court's order and for failure to prosecute this action.

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  3rd  day of December, 2014.